AO 91 (Rev. 11/82)  **CRIMINAL COMPLAINT**  ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> STEVEN JAMES GUTIERREZ, <br> Defendant. | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> 18- MJ 18-2794 |

FILED CLERK US DISTRICT COURT
OCT 22 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Complaint for violation of Title 18, United States Code, Section 922(g)(1)

| NAME OF MAGISTRATE JUDGE <br> HONORABLE STEVE KIM | UNITED STATES MAGISTRATE JUDGE | LOCATION <br> Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE <br> October 7, 2018 | PLACE OF OFFENSE <br> Ventura County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm]

On or about October 7, 2018, in Ventura County, within the Central District of California, defendant STEVEN JAMES GUTIERREZ ("GUTIERREZ") knowingly possessed a firearm, namely, a Smith & Wesson Model MP 40 Shield .40 caliber pistol, bearing serial number HXP6619, in and affecting interstate and foreign commerce. Such possession occurred after defendant GUTIERREZ had been convicted of felony crimes punishable by a term of imprisonment exceeding one year, as described in the attached affidavit.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT <br> David Hand <br> OFFICIAL TITLE <br> Special Agent, Federal Bureau of Investigation |
|---|---|

Sworn to before me and subscribed in my presence,

SIGNATURE OF MAGISTRATE JUDGE(1)

STEVE KIM

DATE 10/22/18

(1) See Federal Rules of Criminal Procedure 3 and 54
AUSA Agustin D. Orozco x2216

## **AFFIDAVIT**

I, David Hand, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against STEVEN JAMES GUTIERREZ ("GUTIERREZ") for a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF SPECIAL AGENT DAVID HAND

3. I am a Special Agent ("SA") with the United States Department of Justice, Federal Bureau of Investigation ("FBI") and have been so employed for approximately twenty years. As an SA, I am a federal agent and empowered by United States law to conduct investigations of, and make arrests for, offenses of federal criminal law. I have conducted and participated in numerous investigations of criminal activity, including drug, firearms, and gang investigations. I have assisted in executing

search and arrest warrants, and I have assisted in seizing evidence of violations of United States law.

4.  I am currently assigned to investigate criminal street gangs in the Central District of California. I have conducted a number of investigations of criminal street gangs, and I have participated in gang-focused enforcement efforts involving federal and local law enforcement. I am familiar with the ways in which people who are prohibited from possessing firearms acquire, possess, and conceal firearms.

### III. SUMMARY OF PROBABLE CAUSE

5.  On or about October 7, 2018, Oxnard Police Department ("OPD") officers were dispatched to a residence on 2031 South E Street, Oxnard, California (the "2031 Residence") in response to a domestic violence call. Upon arrival, an OPD officer saw GUTIERREZ and another man standing on the sidewalk. As officers approached, GUTIERREZ discarded an object near a vehicle parked in the driveway. Officers detained GUTIERREZ and searched the area. During the search, law enforcement found a loaded black semiautomatic handgun near the vehicle in the driveway by where GUTIERREZ was seen when officers arrived.

6.  In a post-<u>Miranda</u> interview, GUTIERREZ told law enforcement that his girlfriend, L.A., had said she was being followed, so he had run into his home at 2022 South E Street, Oxnard, California (the "Gutierrez Residence") and grabbed a handgun belonging to his father. GUTIERREZ returned to his girlfriend, who was outside of the 2031 Residence, and discarded

the weapon when he saw the officers. Based on my review of the body cam footage, I believe that the Gutierrez Residence is across the street from the 2031 Residence.

### IV. STATEMENT OF PROBABLE CAUSE

7. Based on my review of law enforcement reports, my conversations with other law enforcement agents, my review of body worn camera recordings, and my own knowledge of the investigation, I am aware of the following:

### A. Officers Respond to a Report of Domestic Violence and Man in Possession of a Firearm at the 2031 Residence

8. According to OPD reports, on or about October 7, 2018, at approximately 4:15 p.m., OPD Officer Juan Morales was dispatched to the 2031 Residence in response to a domestic dispute between a female with a bike and a male wearing a grey sweatshirt and jeans. Dispatch advised Officer Morales that the male was reported to have a handgun.

9. Upon arrival, Office Morales observed two males standing on the sidewalk in front of the 2031 Residence. One male, later identified as M.G., wore a striped shirt and the other male, later identified as GUTIERREZ, wore a grey hooded sweatshirt with brown cargo shorts. While Officer Morales approached in his patrol unit, GUTIERREZ discarded an object to the ground with his right hand, then kicked it with his foot.

10. Officer Morales stopped his patrol unit at the intersection of South E Street and Juniper Street and exited the vehicle. Officer Morales then drew his department issued

handgun, pointed it at GUTIERREZ, and ordered him to lay down. GUTIERREZ initially continued moving toward Officer Morales, but subsequently complied with Officer Morales's request. Officer Corbin Hames, who had arrived on scene, handcuffed GUTIERREZ.

11. Thereafter, GUTIERREZ was questioned by several officers, without being provided Miranda warnings. Officer Hames asked Gutierrez if someone had a gun. GUTIERREZ replied that he had run to get his dad's gun from inside (referring to the GUTIERREZ residence). Officer Hames asked where it was, and GUTIERREZ said it was in the driveway underneath the first car.

### B. Officers Find a Loaded Handgun Under a Vehicle Near GUTIERREZ

12. Following GUTIERREZ's statements regarding the location of the gun, OPD officers searched the area near the 2031 Residence for the discarded item. Officer Morales spotted it, and Officer Tim Roberts recovered a black semiautomatic handgun near the left rear tire of a black BMW vehicle parked in the driveway of the 2031 Residence.

13. According to OPD reports and video footage, Officer Roberts found the handgun, picked it up, and removed the magazine. Officer Roberts then racked the slide, and ejected a .40 caliber round. Officer Roberts then secured the handgun in his patrol car. Once at the OPD station, OPD office Roberts determined that the handgun was a Smith & Wesson .40 caliber "Shield" model semi-automatic handgun with serial number HXP6619.

14. On or about October 19, 2018, I reviewed a report on the County of Ventura CLETS System noting that the Smith & Wesson .40 caliber "Shield" model semi-automatic handgun, containing serial number HXP6619, was purchased from Turner's Outdoorsman on May 19, 2017, and registered to M.C.G. III at the GUTIERREZ Residence.

### C. Witnesses Identify GUTIERREZ as the Male in the Domestic Violence Dispute

15. Thereafter, OPD officers interviewed witnesses. Witness C.H. told OPD officers that her daughter had called the police because there was a male and a female arguing in front of their house. C.H. saw a Hispanic male, approximately 25 years of age with a thin build and scratches on his neck, push a female against a vehicle. When C.H. heard sirens approaching, she saw GUTIERREZ throw an object on the ground. C.H. did not know GUTIERREZ. During the interview, GUTIERREZ was directed to stand and, from approximately 30 feet, C.H. identified GUTIERREZ as the same Hispanic male who had been fighting with a female.

16. Officer Alfonso Silva interviewed M.G., who said that approximately five to ten minutes prior to the arrival of the police, M.G. was in his house relaxing. M.G. then heard the sound of his father's diesel truck arrive home. M.G. looked out the door and saw his brother, GUTIERREZ, who was driving the vehicle with permission. M.G. next saw GUTIERREZ talking to an individual near the 2031 Residence. M.G. initially did not recognize the person GUTIERREZ was talking to because the person

was wearing a grey hoodie with the hood up, which made it difficult for him to see the face.

17. According to OPD reports and body cam footage provided by OPD, M.G. told OPD officers that he left his house because the alarm of a truck by the 2031 Residence was going off. He walked towards GUTIERREZ and, as he approached, he realized that the person GUTIERREZ was with was L.A., who he knew. L.A. directed M.G. to get his brother (GUTIERREZ) because L.A. wanted to leave. M.G. told GUTIERREZ not to hold L.A. against her will.

18. M.G. also told OPD officers that when OPD officers were arriving, GUTIERREZ and L.A. separated. L.A. headed in an unknown direction. M.G. also heard a metallic object hit the ground. Additionally, M.G. told OPD officers that he heard GUTIERREZ admit to law enforcement to being in possession of a firearm that was thrown under a vehicle parked in the driveway of 2031 Residence.

19. According to OPD reports, Officer Michael Wood interviewed witness G.H.-1. G.H.-1 was at her parent's house when she overheard a commotion. She looked outside, and saw a male and female arguing for almost 20 minutes. The male pushed the female against the car. G.H.-1's father told her the male had a gun.

20. According to OPD reports, Officer Wood also interviewed witness G.H.-2, G.H.-1's sister, who was also visiting her parents. G.H.-2 also overheard the commotion, and saw through a window a male and female arguing until the male

pushed the female onto a black BMW parked in her mother's driveway. According to G.H.-2, the female was yelling "you're hurting me. You're hurting me." G.H.-2 reported that the male made some sort of simulated movement with his right hand along the right side of his pants and pulled something metallic out of his pocket. From her vantage point in the backyard, G.H.-2 identified GUTIERREZ as the male involved in the commotion.

        D.     **GUTIERREZ's <u>Mirandized</u> Statements**

21. Officers Juan Morales and Michael Wood interviewed GUTIERREZ at the OPD jail after reading GUTIERREZ his <u>Miranda</u> Rights. GUTIERREZ said he was at his home, the GUTIERREZ Residence, when he spoke with his girlfriend, L.A., by telephone. L.A. told GUTIERREZ that a male was harassing her at work. GUTIERREZ could not go help his girlfriend because his vehicle had a flat tire. Shortly thereafter, L.A. arrived at GUTIERREZ's house on her bicycle. She was upset because GUTIERREZ did not protect her. GUTIERREZ ran inside his house and grabbed his father's dark grey handgun and returned to the street because L.A. told him she was being followed. GUTIERREZ noted that he was not fighting with his girlfriend. When GUTIERREZ then saw police, he threw the gun away because he did not want to get shot.

        E.     **GUTIERREZ's Criminal History**

22. On or about October 10, 2018, I reviewed a California Law Enforcement Telecommunications System ("CLETS") criminal history report. Additionally, on or about October 19, 2018, I

went to the Superior Court of California County of Ventura Records and received a certified copy of the minute order of GUTIERREZ's conviction in 2017. Based on my review of the CLETS report and minute order I am aware of the following:

    a. On or about July 12, 2017, GUTIERREZ was convicted of Possession of a Controlled Substance While Armed, in violation of California Health and Safety Code 11370.1(a), and Possession of a Machine Gun, in violation of California Penal Code 32625(a), in the Superior Court for the State of California, County of Ventura, Case Number 2017022098, for which he was sentenced to 180 days in jail. Both convictions are felony crimes punishable by a term of imprisonment exceeding one year.

**F. Interstate Nexus**

23. On or about October 20, 2018, an ATF Interstate Nexus Expert reviewed photographs of the Smith & Wesson Model MP 40 Shield .40 caliber pistol, bearing serial number HXP6619, and reported that, based on the serial number, make, and model of the weapon, the handgun was manufactured outside of the State of California.

///
///
///
///
///
///

## V. CONCLUSION

24. For all of the reasons described above, there is probable cause to believe that GUTIERREZ has committed a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm).

David Hand, Special Agent
FBI

Subscribed to and sworn before me
This 22 day of October, 2018.

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE